**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: October 13, 2009**



_Randolph J. Haines_
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-07297/22735484

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Luis Enriquez and Maria Enriquez<br>  Debtors.<br><br>Chase Manhattan Mortgage<br>  Movant,<br>   vs.<br><br>Luis Enriquez and Maria Enriquez, Debtors; Edward J. Maney, Trustee.<br><br>  Respondents. | No. 2:09-bk-03692-RJH<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket # 34) |

This matter having come before the Court for a Preliminary Hearing on October 7, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Anthony W. Clark, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated February 16, 2006, and recorded on February 24,

2009, in Instrument No. 20060251341, in the office of the Maricopa County Recorder at wherein Chase Manhattan Mortgage is the current beneficiary and Luis Enriquez and Maria Enriquez have an interest in, further described as:

    Lot 74, Cypress on Sunland, according to Book 617 of Maps, page 31, records of Maricopa County, Arizona

    IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

    DATED this ____ day of _____, 2009.

                                             _____
                                             JUDGE OF THE U.S. BANKRUPTCY COURT