Edward J. Maney, Esq.#012256
CHAPTER 13 TRUSTEE
101 N. First Ave. Suite 1775
Phoenix, Arizona 85003
(602) 277-3776
ejm@maney13trustee.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: LUIS ENRIQUEZ § | | Case No. 09-03692 |
| MARIA ENRIQUEZ § | | |
| § | | |
| Debtors § | | |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Edward J. Maney, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/03/2009.

2) The plan was confirmed on 02/19/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/27/2011, 01/28/2011.

5) The case was completed on 03/17/2014.

6) Number of months from filing or conversion to last payment: 60.

7) Number of months case was pending: 63.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $160,890.00.

10) Amount of unsecured claims discharged without full payment: $29,609.45.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 51,281.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 51,281.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 4,250.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 2,487.85 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 6,737.85 |
| Attorney fees paid and disclosed by debtor: | $ 750.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| Nissan Motor Acceptance Corporation | Sec | 30,340.00 | 19,850.00 | 19,850.00 | 19,850.00 | 2,835.46 |
| Nissan Motor Acceptance Corporation | Uns | 0.00 | 10,673.78 | 10,673.78 | 5,232.34 | 0.00 |
| Lobel Financial Corp. | Sec | 8,561.00 | 6,747.36 | 6,747.36 | 6,747.36 | 794.08 |
| Chase Home Finance | Sec | 199,835.00 | 13,455.17 | 13,455.17 | 0.00 | 0.00 |
| Maricopa County Treasurer | Sec | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Arizona Federal Credit Union | Sec | 0.00 | 10,551.32 | 10,551.32 | 0.00 | 0.00 |
| eCast FOB Wells Fargo | Sec | 4,842.00 | 1,500.00 | 1,500.00 | 1,500.00 | 217.40 |
| eCast FOB Wells Fargo | Uns | 0.00 | 3,470.72 | 3,470.72 | 1,701.36 | 0.00 |
| Office of the Arizona Attorney General | Pri | 0.00 | 74.00 | 74.00 | 74.00 | 0.00 |
| Department Stores National Bank/Macys | Uns | 239.00 | 239.48 | 239.48 | 117.34 | 0.00 |
| Portfolio Recovery Associates, LLC | Uns | 1,396.00 | 1,396.79 | 1,396.79 | 684.70 | 0.00 |
| United Consumer Financial Services | Sec | 542.00 | 454.95 | 454.95 | 454.95 | 0.00 |
| East Bay Funding | Uns | 550.00 | 1,089.39 | 1,089.39 | 534.05 | 0.00 |
| The Bureaus, Inc. | Uns | 0.00 | 892.38 | 892.38 | 437.45 | 0.00 |
| eCast Settlement Corporation | Uns | 1,102.00 | 1,123.09 | 1,123.09 | 550.56 | 0.00 |
| Portfolio Recovery Associates, LLC | Uns | 875.00 | 880.57 | 880.57 | 431.68 | 0.00 |
| LVNV Funding LLC | Uns | 718.00 | 795.65 | 795.65 | 390.03 | 0.00 |
| LVNV Funding LLC | Uns | 300.00 | 578.81 | 578.81 | 283.73 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| Portfolio Recovery Associates, LLC | Uns | 3,359.00 | 3,359.26 | 3,359.26 | 1,646.71 | 0.00 |
| Internal Revenue Services | Uns | 0.00 | 122.43 | 122.43 | 59.95 | 0.00 |
| CYPRESS HOA | Sec | 1,000.00 | NA | NA | 0.00 | 0.00 |
| La Curacao | Uns | 2,400.00 | NA | NA | 0.00 | 0.00 |
| AZ Attorney General | Pri | 0.00 | NA | NA | 0.00 | 0.00 |
| Arizona Federal Credit Union | Uns | 9,586.00 | NA | NA | 0.00 | 0.00 |
| Brs | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Control Corp. | Uns | 225.00 | NA | NA | 0.00 | 0.00 |
| Credit Control Corp. | Uns | 96.00 | NA | NA | 0.00 | 0.00 |
| HSBC/MS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding | Uns | 783.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding | Uns | 571.00 | NA | NA | 0.00 | 0.00 |
| NCO FIN/99 | Uns | 650.00 | NA | NA | 0.00 | 0.00 |
| SEARS/CBSD | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| TARGET NATIONAL BANK | Uns | 804.00 | NA | NA | 0.00 | 0.00 |
| The Bureaus | Uns | 1,042.00 | NA | NA | 0.00 | 0.00 |
| WASHMTL/PROV | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| Anthony W. Clark, Esq. | Lgl | 4,000.00 | 5,000.00 | 5,000.00 | 4,250.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 24,006.49 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 26,597.36 | $ 26,597.36 | $ 3,629.54 |
| All Other Secured | $ 1,954.95 | $ 1,954.95 | $ 217.40 |
| **TOTAL SECURED:** | $ 52,558.80 | $ 28,552.31 | $ 3,846.94 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 74.00 | $ 74.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 74.00 | $ 74.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 24,622.35 | $ 12,069.90 | $ 0.00 |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 6,737.85 |
| Disbursements to Creditors | $ 44,543.15 |
| **TOTAL DISBURSEMENTS:** | $ 51,281.00 |

UST Form 101-13-FR-S (9/1/2009)

Case 2:09-bk-03692-MCW    Doc 92    Filed 06/04/14    Entered 06/04/14 10:32:20    Desc
Page 4 of 5

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  06/03/2014                    By:
                                                             Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**